# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

WAYNE H. NORMAN,  Civil Action File No.

    Plaintiff,

vs.  1:17-CV-05339

WELLS FARGO BANK,
d/b/a WELLS FARGO DEALERSHIP SERVICES
    Defendant.

**FILED**
FEB 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Wells Fargo Bank, d/b/a Wells Fargo Dealership Services.

Respectfully submitted,

Wayne H. Norman
501 Madison, Apt. 2
Oak Park, Illinois 60302
whnorman@hotmail.com